**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
(State)

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual       12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:
☐ Chapter 7
☒ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Carlino Enterprises, Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

VRS Realty, Village Realty, Village Realty Shoppe, VRS Homes VRS Commercial, VRS Real Estate

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

9 0 – 0 6 1 6 1 2 3
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 17054 Oak Park Avenue | 15622 Catalina Ct |
| Number   Street | Number   Street |
| | P.O. Box |
| Tinley Park   IL   60477 | Orland Park   IL   60462 |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cook | |
| County | Number   Street |
| | |
| | City   State   ZIP Code |

Official Form 205         Involuntary Petition Against a Non-Individual         page 1

Debtor _____Carlino Enterprises, Inc._____    Case number (if known)_____
       Name

| | | |
|---|---|---|
| 6. | Debtor's website (URL) | www.vrshomes.com |

| | | |
|---|---|---|
| 7. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | Type of debtor's business | *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☒ None of the types of business listed. <br> ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☒ No <br> ☐ Yes. Debtor _____ Relationship _____ <br> District _____ Date filed _____ Case number, if known _____ <br> MM / DD / YYYY <br><br> Debtor _____ Relationship _____ <br> District _____ Date filed _____ Case number, if known _____ <br> MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| 10. | Venue | *Check one:* <br> ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). <br> The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). <br><br> *At least one box must be checked:* <br> ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. <br> ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No <br> ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor ____Carlino Enterprises, Inc.____   Case number (if known)_____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Michael Glenn, Sr. | Promissory Note | $ 42,652 |
| Victory Camputs, LLC | Unpaid rent | $ 36,247 |
| Lorraine Lucivjansky Trust | Unpaid Rent | $ 4,500 |
| (See additional sheet) | Total of petitioners' claims | $ 116,644 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Michael Glenn, Sr.
Name

20950 Frankfort Sq. Road
Number  Street

Frankfort      IL      60423
City           State  ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____    IL    _____
City       State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/25/2017
             MM / DD / YYYY

X _Michael R Glenn_
Signature of petitioner or representative, including representative's title

**Attorneys**

Chester H. Foster, Jr.
Printed name

Foster Legal Services, PLLC
Firm name, if any

16311 Byron Drive
Number  Street

Orland Park       IL      60462
City              State   ZIP Code

Contact phone (708) 463-3800   Email chf@fosterlegalservices.com

Bar number  3122632

State  Illinois

X _signature_
Signature of attorney

Date signed  2/3/17
             MM / DD / YYYY

Debtor    Carlino Enterprises, Inc.    Case number (if known) _____
          Name

### Name and mailing address of petitioner

Victory Campus, LLC
_Name_

PO Box 988
_Number  Street_

Mokena    IL    60448
_City_    _State_    _ZIP Code_

### Name and mailing address of petitioner's representative, if any

_Name_

_Number  Street_

_City_    _State_    _ZIP Code_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1 / 26 / 17
             MM / DD / YYYY

x _[signature]_
Signature of petitioner or representative, including representative's title

Chester H. Foster, Jr
_Printed name_

Foster Legal Services, PLLC
_Firm name if any_

16311 Byron Drive
_Number  Street_

Orland Park    IL    60462
_City_    _State_    _ZIP Code_

Contact phone  (708) 403-3800    Email  chf@fosterlegalservices.com

Bar number  03122632

State  Illinois

x _[signature]_
Signature of attorney

Date signed  2 / 3 / 17
             MM / DD / YYYY

---

### Name and mailing address of petitioner

Lorraine Lucyjansky Trust
_Name_

223 Ash Street
_Number  Street_

New Lennox    IL    60451
_City_    _State_    _ZIP Code_

### Name and mailing address of petitioner's representative, if any

_Name_

_Number  Street_

_City_    _State_    _ZIP Code_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

x _____
Signature of petitioner or representative, including representative's title

Chester H. Foster, Jr
_Printed name_

Foster Legal Services, PLLC
_Firm name if any_

16311 Byron Drive
_Number  Street_

Orland Park    IL    60462
_City_    _State_    _ZIP Code_

Contact phone  (708) 403-3800    Email  chf@fosterlegalservices.com

Bar number  031222632

State  Illinois

x _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor    Carlino Enterprises, Inc.    Case number (if known) _____
         Name

### Name and mailing address of petitioner

Name: Victory Campus, LLC

Number Street: PO Box 988

City: Mokena    State: IL    ZIP Code: 60448

### Name and mailing address of petitioner's representative, if any

Name: _____

Number Street: _____

City: _____    State: _____    ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Printed name: Chester H. Foster, Jr.

Firm name, if any: Foster Legal Services, PLLC

Number Street: 16311 Byron Drive

City: Orland Park    State: IL    ZIP Code: 60462

Contact phone: (708) 403-3800    Email: chf@fosterlegalservices.com

Bar number: 03122632

State: Illinois

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

### Name and mailing address of petitioner

Name: Lorraine Luchjansky Trust

Number Street: 223 Ash Street

City: New Lennox    State: IL    ZIP Code: 60451

### Name and mailing address of petitioner's representative, if any

Name: Michel Luchjansky (handwritten)

Number Street: 223 Ash St. New Lenox (handwritten)

City: ___ (handwritten)    State: Ill (handwritten)    ZIP Code: 60451 (handwritten)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-26-17
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Printed name: Chester H. Foster, Jr.

Firm name, if any: Foster Legal Services, PLLC

Number Street: 16311 Byron Drive

City: Orland Park    State: IL    ZIP Code: 60462

Contact phone: (708) 403-3800    Email: chf@fosterlegalservices.com

Bar number: 031222632

State: Illinois

X [signed] /s/ Chester H. Foster, Jr.
Signature of attorney

Date signed 2/3/17
            MM / DD / YYYY

Debtor __Carlino Enterprises, Inc.__  Case number (if known) _____

### Name and mailing address of petitioner

M.R. Glenn Electric, Inc
Name

11127 W Lincoln Highway
Number  Street

Frankfort                IL        60423
City                    State     ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City           State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____/s/_____
Signature of petitioner or representative, including representative's title

---

Chester H. Foster, Jr.
Printed name

Foster Legal Services, PLLC
Firm name, if any

16311 Byron Drive
Number  Street

Orland Park                IL       60462
City                      State    ZIP Code

Contact phone (708) 403-3800   Email chf@fosterlegalservices.com

Bar number  03122632

State  Illinois

X _____/s/ Chester H. Foster_____
Signature of attorney

Date signed  2/3/17
MM / DD / YYYY

---

### Name and mailing address of petitioner

Integrity Sign Company
Name

18770 88th Avenue
Number  Street

Mokena              IL        60485
City                State     ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City           State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Chester H. Foster, Jr.
Printed name

Foster Legal Services, PLLC
Firm name, if any

16311 Byron Drive
Number  Street

Orland Park                IL       60462
City                      State    ZIP Code

Contact phone (708) 403-3800   Email chf@fosterlegalservices.com

Bar number  03122632

State  Illinois

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Debtor: Carino Enterprises, Inc.

Case number (if known): _____

## Name and mailing address of petitioner

**Name:** M.R. Glenn Electric, Inc.

**Number Street:** 11127 W. Lincoln Highway

**City:** Frankfort **State:** IL **ZIP Code:** 60423

### Name and mailing address of petitioner's representative, if any

**Name:** _____

**Number Street:** _____

**City:** _____ **State:** _____ **ZIP Code:** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___MM / DD / YYYY___

✗ _____
Signature of petitioner or representative, including representative's title

---

Chester H. Foster, Jr.
**Printed name**

Foster Legal Services, PLLC
**Firm name, if any**

16311 Byron Drive
**Number Street**

Orland Park  IL  60462
**City  State  ZIP Code**

**Contact phone:** (708) 403-3800  **Email:** chf@fosterlegalservices.com

**Bar number:** 03122632

**State:** Illinois

✗ _____
Signature of attorney

Date signed ___MM / DD / YYYY___

---

## Name and mailing address of petitioner

**Name:** Integrity Sign Company

**Number Street:** 18770 88th Avenue

**City:** Mokena **State:** IL **ZIP Code:** 60485

### Name and mailing address of petitioner's representative, if any

**Name:** _____

**Number Street:** _____

**City:** _____ **State:** _____ **ZIP Code:** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/25/2017

✗ _*[signed] Keith E. ___*_
Signature of petitioner or representative, including representative's title

---

Chester H. Foster, Jr.
**Printed name**

Foster Legal Services, PLLC
**Firm name, if any**

16311 Byron Drive
**Number Street**

Orland Park  IL  60462
**City  State  ZIP Code**

**Contact phone:** (708) 403-3800  **Email:** chf@fosterlegalservices.com

**Bar number:** 03122632

**State:** Illinois

✗ _*[signed]*_
Signature of attorney

Date signed 2/3/17

---

Debtor _____ Case number (if known) _____
      Name

**Name and mailing address of petitioner**

Ikon Builders, LLC
Name

PO Box 686
Number  Street

Mokena      IL      60448
City      State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/25/17
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Chester H. Foster, Jr.
Printed name

Foster Legal Services, PLLC
Firm name, if any

16311 Byron Drive
Number  Street

Orland Park      IL      60462
City      State      ZIP Code

Contact phone (708) 403-3800    Email chf@fosterlegalservices.com

Bar number 03122632

State IL

X _____
Signature of attorney

Date signed 2/3/17
        MM / DD / YYYY

---

**Name and mailing address of petitioner**

JDM Consulting & Associates, Inc.
Name

19539 Brookfield Circle
Number  Street

Tinely Park      IL      60487
City      State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
        MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Chester H. Foster, Jr.
Printed name

Foster Legal Services, PLLC
Firm name, if any

16311 Byron Drive
Number  Street

Orland Park      IL      60462
City      State      ZIP Code

Contact phone (708) 403-3800    Email chf@fosterlegalservices.com

Bar number 03122632

State IL

X _____
Signature of attorney

Date signed _____
        MM / DD / YYYY

---

Official Form 205      Involuntary Petition Against a Non-Individual      page 8

Debtor _____   Case number (if known) _____
            Name

### Name and mailing address of petitioner

**Ikon Builders, LLC**
Name

**PO Box 686**
Number   Street

**Mokena**                **IL**        **60448**
City                      State         ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City        State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

**Chester H. Foster, Jr.**
Printed name

**Foster Legal Services, PLLC**
Firm name, if any

**16311 Byron Drive**
Number   Street

**Orland Park**                **IL**    **60462**
City                           State     ZIP Code

**(708) 403-3800**   **chf@fosterlegalservices.com**
Contact phone        Email

Bar number  **03122632**

State  **IL**

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

### Name and mailing address of petitioner

**JDM Consulting & Associates, Inc.**
Name

**19539 Brookfield Circle**
Number   Street

**Tinely Park**        **IL**       **60487**
City                   State        ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City        State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01-26-2017**
              MM / DD / YYYY

✗ *[signature]*
Signature of petitioner or representative, including representative's title

---

**Chester H. Foster, Jr.**
Printed name

**Foster Legal Services, PLLC**
Firm name, if any

**16311 Byron Drive**
Number   Street

**Orland Park**                **IL**    **60462**
City                           State     ZIP Code

**(708) 403-3800**   **chf@fosterlegalservices.com**
Contact phone        Email

Bar number  **03122632**

State  **IL**

✗ *[signature]*
Signature of attorney

Date signed **2/3/17**
            MM / DD / YYYY

Carlino Enterpries, Inc.
Case No. _____

| Petitioner | Claim Amount |
|---|---|
| Michael Glenn, Sr. | $ 42,652 |
| Victory Campus, LLC | $ 36,247 |
| Lorraine Lucivjansky Trust | $ 4,500 |
| MR Glenn Electric, Inc. | $ 21,352 |
| Integrity Sign Company | $ 4,750 |
| IKON Builders, LLC | $ 4,625 |
| JDM Consulting c/o Jeff Maciuelewicz | $ 2,518 |
| Total Petitioners Claims | $ 116,644 |

Page 10